YM

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1407**

| In the Matter of | Case Number: |
|---|---|

Northwoods Wilderness Recovery, Michigan Nature Association, Door County Environmental Council, Habitat Education Center, Natural Resources Defense Council, and the Center for Biological Diversity v. Dirk Kempthorne, Secretary of the Interior, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Northwoods Wilderness Recovery, Michigan Nature Association, Door County Environmental Council, Habitat Education Center, Natural Resources Defense Council, and the Center for Biological Diversity

| NAME (Type or print) |
|---|
| Ann Alexander |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ann Alexander by KT |
| FIRM |
| Natural Resources Defense Council |
| STREET ADDRESS |
| 101 N. Wacker Drive, Suite 609 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6278919 | 312-780-7427 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

JUDGE MANNING
MAGISTRATE JUDGE COX

FILED
MARCH 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT