YM

FILED
MARCH 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1407

JUDGE MANNING
MAGISTRATE JUDGE COX

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior; H. DALE HALL, Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF THE INTERIOR; AND UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No.: <br><br> **PLAINTIFFS' RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT** |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiffs Northwoods Wilderness Recovery, the Michigan Nature Association, Door County Environmental Council, Natural Resources Defense Council, and the Center for Biological Diversity (collectively "Plaintiffs"), submit that they are all non-profit corporations with no outstanding shares or debt securities in the hands of the public. Plaintiff the Habitat Education Center is an organization based in Madison, Wisconsin, and a project of the Green Onion Resource Center, a non-profit corporation based in Ashland, WI, with no outstanding shares or debt securities in the hands of the public.

Besides the aforementioned parent corporation of the Habitat Education Center, Plaintiffs submit that they do not have any parents, subsidiaries, or publicly-held affiliates.

Respectfully submitted,

By: _____
Ann Alexander (N.D. Ill. Bar No. 6278919)
NATURAL RESOURCES DEFENSE COUNCIL
101 N. Wacker Drive, Suite 609
Chicago, IL 60606-9997
Telephone: (312) 780-7427
Fax: (312) 663-9920
Email: aalexander@nrdc.org

Aaron Bloom
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
Telephone: (212) 727-4417
Fax: (212) 727-1773
Email: abloom@nrdc.org

John Buse
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org
Attorneys for Plaintiffs