

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1407**

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Ann Alexander

FIRM: Natural Resources Defense Council

STREET ADDRESS: 101 N. Wacker Dr., Suite 609

CITY/STATE/ZIP: Chicago, IL 60606

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

PHONE NUMBER: 312-780-7427

ARDC NO. (If Member of Illinois State Bar): 6278919

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Ann Alexander
Attorney's Signature

3/10/08
Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604