UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Northwoods Wilderness Recovery, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−01407
                                        Honorable Blanche M. Manning

Dirk Kempthorne, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

    MINUTE entry before Judge Blanche M. Manning : The plaintiffs challenge the exclusion of over 13,000 acres of national forest land in Michigan and Missouri from the final critical habitat designation for the Hine's emerald dragonfly, in violation of the Endangered Species Act and the Administrative Procedures Act. According to the plaintiffs, venue is proper in Chicago because the final rule at issue in this case was authored in Chicago. The court is presently unconvinced that this connection in and of itself is enough to support venue in Chicago. See, e.g., Aland v. Kempthorne, No. 07 C 4358, 2007 WL 4365340 (N.D. Ill. Dec. 11, 2007). Once the defendants have been served, if the defendants answer and do not raise the issue of venue via motion, within fourteen days of any such answer, the plaintiffs shall file a memorandum of law addressing venue.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.