UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHWOODS WILDERNESS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C 1407 |
| v. | ) | |
| | ) | Judge Manning |
| DIRK KEMPTHORNES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Kurt N. Lindland
       KURT N. LINDLAND
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-4163

## CERTIFICATE OF SERVICE

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**ATTORNEY DESIGNATION**

were served pursuant to the district court's ECF system as to ECF filers.

s/ Kurt N. Lindland
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
