## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) Case No.: 08-cv-1407 (BMM) (SEC) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **DECLARATION OF** ) **ELAINA DE MEYERE** |
| DIRK KEMPTHORNE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; H. DALE HALL, Director of the United States Fish and Wildlife Service; and UNITED STATES FISH AND WILDLIFE SERVICE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

I, Elaina De Meyere, declare as follows:

      1.     I am employed as a Program Assistant with the Natural Resources

Defense Council (NRDC).

      2.     On March 12, 2008, I served on the following defendants, as well as the

United States Attorney General and United States Attorney's Office for the Northern

District of Illinois, a copy of the Complaint, summons, and Plaintiffs' Rule 7.1 Statement

in this case.

      3.     I served defendant United States Fish and Wildlife Service, by sending the

above service materials by certified mail to: H. Dale Hall, Director, United States Fish

and Wildlife Service, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C., 20240. I have received a return-receipt form indicating that this package was received on March 17, 2008. A true and correct copy of the completed summons and return receipt are attached as Exhibit A.

4.      I served defendant United States Department of the Interior, by sending the above service materials by certified mail to: Secretary Dirk Kempthorne, Main Interior Building, United States Department of the Interior, 1849 C Street, N.W., Washington D.C., 20240. I have received a return-receipt form indicating that this package was received on March 17, 2008. A true and correct copy of the completed summons and return receipt are attached as Exhibit B.

5.      I served defendant H. Dale Hall, by sending the above service materials by certified mail to: H. Dale Hall, Director, United States Fish and Wildlife Service, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C., 20240. I have received a return-receipt form indicating that this package was received on March 17, 2008. A true and correct copy of the completed summons and return receipt are attached as Exhibit C.

6.      I served defendant Dirk Kempthorne, Secretary of the Interior, United States Department of the Interior, by sending the above service materials by certified mail to Secretary Dirk Kempthorne, Main Interior Building, United States Department of the Interior, 1849 C Street, N.W., Washington D.C., 20240. I have received a return-receipt form indicating that this package was received on March 20, 2008. A true and correct copy of the completed summons and return receipt are attached as Exhibit D.

7.    I served the United States Attorney General by sending the above service materials by certified mail to: Honorable Michael Mukasey, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. I have received a return-receipt form indicating that this package was received on March 17, 2008. A true and correct copy of the return receipt is attached as Exhibit E.

8.    I served the Civil Process Clerk, United States Attorney's Office, Northern District of Illinois, Eastern Division, by sending the above service materials by certified mail to: Civil Process Clerk, United States Attorney's Office, Northern District of Illinois, Eastern Division, 219 S Dearborn Street, 5th floor, Chicago, Illinois, 60604. I have received a return-receipt form indicating that this package was received on March 20, 2008. A true and correct copy of the return receipt is attached as Exhibit F.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 10, 2008, at New York, New York.


Elaina De Meyere

# Exhibit A

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 1407

**SUMMONS IN A CIVIL CASE**

NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE
ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE
HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE
COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY,

V.

DIRK KEMPTHORNE, Secretary of the Interior; H. DALE
HALL, Director of the United States Fish and Wildlife Service;
UNITED STATES DEPARTMENT OF THE INTERIOR; AND
UNITED STATES FISH AND WILDLIFE SERVICE,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

United States Fish and Wildlife Service
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann Alexander
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606-9997

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*Yvette M Antony*

(By) DEPUTY CLERK

**March 10, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *03/12/2008* |
|---|---|
| NAME OF SERVER *(PRINT)*  *Elaina De Meyere* | TITLE *Litigation Assistant* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Certified Mail* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *03/12/08*
             _____
                Date

*Signature of Server*

*40 West 20th Street, NY, NY 10011*
_____
   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H. Dale Hall
Director, U.S. Fish + Wildlife Service
U.S. Dept. of the Interior
1849 C Street, NW
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

                                   3/7/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article
   (Tran_____ ____el)        7006 2150 0001 1969 3309

PS For_____ 2004        Domestic Return Receipt        102595-02-M-1540

# Exhibit B

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 1407
## SUMMONS IN A CIVIL CASE

NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE
ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE
HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE
COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY,

V.

DIRK KEMPTHORNE, Secretary of the Interior; H. DALE
HALL, Director of the United States Fish and Wildlife Service;
UNITED STATES DEPARTMENT OF THE INTERIOR; AND
UNITED STATES FISH AND WILDLIFE SERVICE,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann Alexander
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606-9997

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

-----------------------------------------------
(By) DEPUTY CLERK

**March 10, 2008**
-----------------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _03/12/2008_ |
| NAME OF SERVER *(PRINT)* _Elaina De Meyere_ | TITLE _Litigation Assistant_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Certified Mail_ _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _03/12/2008_                    _[signature]_
              Date                        Signature of Server

                    _40 West 20th Street, NY, NY 10011_
                    Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary Dirk Kempthorne
Main Interior Building
U.S. Dept. of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _M. Tyson_ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

M. Tyson    3/17/08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 2150 0001 1969 3293

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

# Exhibit C

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 1407

## SUMMONS IN A CIVIL CASE

NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE
ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE
HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE
COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY,

V.

DIRK KEMPTHORNE, Secretary of the Interior; H. DALE
HALL, Director of the United States Fish and Wildlife Service;
UNITED STATES DEPARTMENT OF THE INTERIOR; AND
UNITED STATES FISH AND WILDLIFE SERVICE,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

The Hon. H. Dale Hall, Director
United States Fish and Wildlife Service
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann Alexander
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606-9997

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

------------------------------------

(By) DEPUTY CLERK

**March 10, 2008**
------------------------------------
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 03/12/2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Elaina De Meyere | TITLE Litigation Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  *Certified Mail* _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/12/2008
*Date*        *Signature of Server*

40 West 20th Street, NY, NY 10011
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H. Dale Hall
Director, U.S. Fish and Wildlife Service
U.S. Dept. of The Interior
1849 C Street, N.W.
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name) 

C. Date of Delivery 3/12/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Certified Mail ☐ Express Mail
- ☐ Registered ☐ Return Receipt for Merchandise
- ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0001 1969 3316

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Exhibit D

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

# 08 C 1407

## SUMMONS IN A CIVIL CASE

NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE
ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE
HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE
COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY,

CASE NUMBER:

**JUDGE MANNING
MAGISTRATE JUDGE COX**

V.

ASSIGNED JUDGE:

DIRK KEMPTHORNE, Secretary of the Interior; H. DALE
HALL, Director of the United States Fish and Wildlife Service;
UNITED STATES DEPARTMENT OF THE INTERIOR; AND
UNITED STATES FISH AND WILDLIFE SERVICE,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

The Hon. Dirk Kempthorne, Secretary
United States Department of the Interior
Main Interior Building
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann Alexander
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606-9997

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

-------------------------------------
**(By) DEPUTY CLERK**

-------------------------------------
**March 10, 2008**
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *03/12/2008* |
| NAME OF SERVER *(PRINT)*  *Elaina De Meyere* | TITLE *Litigation Assistant* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  *Certified Mail* _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *03/12/2008*            *EE. DeMg*
                Date            Signature of Server

                     *40 West 20th Street, NY, NY 10011*
                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Secretary Dirk Kempthorne*
*Main Interior Building*
*United States Dept. of the Interior*
*1849 C Street, N.W.*
*Washington, DC 20240*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

M. Tyson 3/20/8

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

7006 2150 0001 1969 3286

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# Exhibit E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Michael Mukasey
United States Attorney General
United States Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Garret L. Parkin_    ☐ Agent
☐ Addressee

B. Received by (Printed Name)    MAR 17 2008    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2150 0001 1969 3262

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# Exhibit F

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office
Northern District of Ill, Eastern Division
219 S Dearborn St, 5th floor
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Marc Zavodny   5/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 2150 0001 1969 3279

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540