# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-1407 |
| --- | --- |
| Northwoods Wilderness Recovery, et al. v. Dirk Kempthorne, Secretary of the Interior, et al. | 08 c 1407 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; H. Dale Hall, Director of the United States Fish and Wildlife Service; and United States Fish and Wildlife Service.

F I L E D

APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Rebecca J. Riley |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Rebecca J. Riley    *Rebecca Riley* |

| FIRM |
| --- |
| U.S. Department of Justice, Environment and Natural Resources Division |

| STREET ADDRESS |
| --- |
| 601 D Street, NW Room 3033 |

| CITY/STATE/ZIP |
| --- |
| Washington, DC  20044 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6284356 | 202-305-0202 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |