UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Northwoods Wilderness Recovery, et al.
                                      Plaintiff,

v.                                                  Case No.: 1:08−cv−01407
                                                        Honorable Blanche M. Manning

Dirk Kempthorne, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 5/20/2008. Status hearing set for 8/5/2008 at 11:00 AM. Plaintiffs to file a memorandum of law as to venue no later than 6/5/2008. Rebecca Riley 202−305−0202 and Aaron Bloom 212−727−4417 granted leave to appear by telephone.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.