# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 1407 | **DATE** | June 12, 2008 |
| **CASE TITLE** | | *Northwoods Wilderness Recovery v. Kempthorne* | |

**DOCKET ENTRY TEXT**

This dispute arises from defendant Department of the Interior's designation of critical habitats of the emerald dragonfly. At the court's request, the plaintiffs have submitted a memorandum addressing whether venue is proper in this court. In the memorandum, the plaintiffs identified multiple events that occurred within the Northern District of Illinois, including the Department of the Interior's solicitation of public comments, a public hearing, and its issuance of a Final Rule that exempted national forest land from those areas designated as critical habitats. The plaintiffs also noted that the defendants do not dispute that venue is proper here. Accordingly, the plaintiffs have satisfied the court's concerns about venue. The status hearing previously scheduled for August 5, 2008, is stricken and rescheduled for June 24, 2008, at 11:00am.

Docketing to mail notices.

00:00

**STATEMENT**

rs/cpb