HON. BLANCHE M. MANNING

PATRICK J. FITZGERALD
United States Attorney
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-4163

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
LAWSON E. FITE, Trial Attorney, Pro Hac Vice (Ore. Bar No. 055573)
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0217
(202) 305-0275 (fax)

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORTHWOODS WILDERNESS RECOVERY, THE MICHIGAN NATURE ASSOCIATION, DOOR COUNTY ENVIRONMENTAL COUNCIL, THE HABITAT EDUCATION CENTER, NATURAL RESOURCES DEFENSE COUNCIL, and THE CENTER FOR BIOLOGICAL DIVERSITY, <br><br>    Plaintiffs, <br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; H. DALE HALL, Director of the United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE | Case No. 08-CV-1407 (BMM) <br><br> **NOTICE OF ATTORNEY SUBSTITUTION** |

|                                    |   |
| ---------------------------------- | - |
| SERVICE,                           | ) |
|                                    | ) |
|     Defendants. | ) |

The United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for Federal Defendants Dirk Kempthorne, Secretary of the Interior; the United States Department of the Interior; H. Dale Hall, Director of the United States Fish and Wildlife Service, and the United States Fish and Wildlife Service, in this action. Federal Defendants hereby respectfully request, pursuant to LR83.17, that Mr. Fite be substituted for Rebecca J. Riley as counsel in all respects. Mr. Fite's contact information is as follows:

U.S. Mail
U.S. Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

Telephone
202-305-0217

Facsimile
202-305-0275

Overnight or Hand Delivery
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D St., N.W.
Room 3912
Washington, D.C. 20004

Electronic Mail
lawson.fite@usdoj.gov

Dated: June 25, 2008

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-4163

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

       LISA L. RUSSELL, Assistant Chief

       */s/ Lawson E. Fite*
LAWSON E. FITE,
Trial Attorney, Pro Hac Vice (Oregon Bar No. 055573)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants