IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHWOODS WILDERNESS RECOVERY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Case No.: 08-cv-1407 (BMM) (**SEC**) <br><br> **INITIAL STATUS REPORT** |

The Plaintiffs and Defendants in this case, through the undersigned counsel, hereby submit this Initial Status Report pursuant to the "Order Setting Initial Status Report for Cases Assigned to Judge Cox."

  A. **Nature of the Case**

    1. Claims and Bases for Jurisdiction

Plaintiffs allege that Defendants excluded over 13,000 acres of national forest land in Michigan and Missouri from the final "critical habitat" designation for the Hine's emerald dragonfly in violation of the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq.*

Jurisdiction over this action is based on 16 U.S.C. § 1540(c) and (g) (action arising under the ESA citizen suit provision), 5 U.S.C. § 702 (judicial review of agency action); and 28 U.S.C. § 1331 (federal question jurisdiction).

2. <u>Relief Sought</u>

Plaintiffs seek declaratory and injunctive relief.  Plaintiffs ask the Court to: 1) declare that Defendants have violated the ESA and APA; 2) order Defendants to issue a revised proposed critical habitat designation within 90 days and a revised final critical habitat designation within one year; 3) order Defendants to maintain and enforce the current critical habitat designation pending the completion of an adequate revised critical habitat designation; 4) pending the completion of an adequate revised critical habitat designation, enjoin Defendants from issuing any incidental take permit, approval, biological opinion, or concurrence pursuant to section 7 of the ESA, for any actions that may adversely modify Hine's emerald dragonfly habitat in the Michigan and Missouri national forest areas excluded from the current critical habitat designation; and 5) retain jurisdiction until Defendants have complied fully with the Court's order.

Plaintiffs do not seek monetary damages.  Plaintiffs do seek their fees and costs, including reasonable attorney's fees.

3. <u>Matters Referred</u>

The case was referred to Magistrate Judge Cox for discovery supervision, settlement conference and all nondispositive pretrial motions.

4. <u>Status of Briefing on Matters Referred</u>

There has been no briefing on the referred matters.

5. <u>Consent</u>

The parties do not consent to proceed before a Magistrate Judge for trial or dispositive motions.

6. <u>Status of Settlement Negotiations</u>

The parties have exchanged settlement proposals and are in the process of further negotiation.

Dated:　　　July 23, 2008

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　By:

　　　　　　　　　　　__/s/__ Aaron M. Bloom_____
　　　　　　　　　　　Aaron M. Bloom  (Admitted *pro hac vice*)
　　　　　　　　　　　NATURAL RESOURCES DEFENSE COUNCIL
　　　　　　　　　　　40 West 20th Street
　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　Telephone: (212) 727-4417
　　　　　　　　　　　Fax: (212) 727-1773
　　　　　　　　　　　Email: abloom@nrdc.org

　　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　United States Attorney
　　　　　　　　　　　KURT N. LINDLAND
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　(312) 353-4163

　　　　　　　　　　　RONALD J. TENPAS
　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　JEAN E. WILLIAMS, Section Chief
　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　Wildlife & Marine Resources Section

　　　　　　　　　　　__/s/ Lawson E. Fite_____
　　　　　　　　　　　LAWSON E. FITE, Trial Attorney
　　　　　　　　　　　Oregon Bar No. 055573
　　　　　　　　　　　U.S. Department of Justice

Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0217
(202) 305-0275 (fax)
Lawson.fite@usdoj.gov

Attorneys for Defendants