# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORTHWOODS WILDERNESS RECOVERY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. | Case No.: 08-cv-1407 (BMM) **(SEC)** |

## AGREED SCHEDULING ORDER

The parties have agreed to the following deadlines by which production of an Administrative Record and fact discovery shall be completed in the above-captioned case:

1.  Defendants shall provide the Court and the Plaintiffs with a copy of the Administrative Record on or before September 23, 2008.

2.  The parties shall attempt to resolve any concerns over the content or completeness of the record. If there are any unresolved disputes, Plaintiffs may seek relief of the Court by filing an appropriate motion on or before October 23, 2008. Defendants' response shall be filed on or before November 6, 2008. Plaintiffs' reply shall be filed on or before November 13, 2008.

3.  In the event Plaintiffs determine that limited discovery regarding the completeness of the Administrative Record is necessary, Plaintiffs might seek

modification of this schedule to allow for such discovery. Defendants maintain that fact discovery in this case would be inappropriate and reserve the right to object to any discovery.

4. The parties do not anticipate at this time conducting expert discovery in this case.

Dated: July 24, 2008

                Respectfully submitted,

By:

    /s/   Aaron M. Bloom
Aaron M. Bloom  (Admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
Telephone: (212) 727-4417
Fax: (212) 727-1773
Email: abloom@nrdc.org

Attorney for Plaintiffs


PATRICK J. FITZGERALD
United States Attorney
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

      /s/ Lawson E. Fite
LAWSON E. FITE, Trial Attorney, Oregon Bar No. 055573
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0202
(202) 305-0275 (fax)

Attorneys for Defendants