## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1407 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Northwoods Wilderness Recovery, et al vs. Dirk Kempthorne | | |

**DOCKET ENTRY TEXT**

Status hearing held by telephone. Enter Agreed Scheduling Order. Defendants to provide the Plaintiffs with a copy of the Administrative Record on or before 9/23/08. If there are any unresolved disputes regarding the content or completeness of the record, Plaintiffs will seek relief of the court by filing an appropriate motion on or before 10/23/08. Defendants' response to be filed on or before 11/6/08. Plaintiffs' reply to be filed on or before 11/13/08. The parties do not anticipate conducting expert discovery. Status hearing set for 11/17/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | VKD |
|---|---|---|