IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHWOODS WILDERNESS RECOVERY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DIRK KEMPTHORNE, et al., | ) ) ) |
| Defendants. | ) ) ) |

Case No. 08-CV-1407 (BMM) (SEC)

Magistrate Judge Susan E. Cox

## AGREED SCHEDULING ORDER

The parties have agreed to the following deadlines by which production of an Administrative Record and fact discovery shall be completed in the above-captioned case:

1. Defendants shall provide the Court and the Plaintiffs with a copy of the Administrative Record on or before September 23, 2008.

2. The parties shall attempt to resolve any concerns over the content or completeness of the record. If there are any unresolved disputes, Plaintiffs may seek relief of the Court by filing an appropriate motion on or before October 23, 2008. Defendants' response shall be filed on or before November 6, 2008. Plaintiffs' reply shall be filed on or before November 13, 2008.

3. In the event Plaintiffs determine that limited discovery regarding the completeness of the Administrative Record is necessary, Plaintiffs might seek modification of this schedule to allow for such discovery. Defendants maintain that fact discovery in this case would be inappropriate and reserve the right to object to any discovery.

4.   The parties do not anticipate at this time conducting expert discovery in this case.

ENTER:

*[signature]*

Susan E. Cox
United States Magistrate Judge

Dated: *July 25, 2008*

Respectfully submitted,

___/s/   Aaron M. Bloom___
Aaron M. Bloom  (Admitted pro hac vice)
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY 10011
Telephone: (212) 727-4417
Fax: (212) 727-1773
Email: abloom@nrdc.org

Attorney for Plaintiffs

PATRICK J. FITZGERALD
United States Attorney
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

___/s/ Lawson E. Fite___
LAWSON E. FITE, Trial Attorney
Pro Hac Vice (Oregon Bar No. 055573)
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment & Natural Resources Division

U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0202
(202) 305-0275 (fax)

Attorneys for Defendants